

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00372-CR

Phillip **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR12452
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 8, 2014.

_____
Luz Elena D. Chapa, Justice